UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HALL, THOMAS and DOROTHY,

              Plaintiffs,

   v.

BRISTOL-MYERS SQUIBB CO., et al.,

             Defendants.

Civil Action No. 06-5203 (FLW)

**ORDER**

**THIS MATTER** having been opened to the Court by Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. L.L.C., Sanofi-Aventis U.S., Inc., and Sanofi-Synthelabo, Inc., through counsel Michael A. Tanenbaum, Esq., seeking dismissal of the First Amended Complaint of Plaintiffs Thomas and Dorothy Hall ("Plaintiffs") for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); Plaintiffs, through their counsel Michele A. DiMartino, Esq., having submitted opposition thereto; the Court having considered the moving, opposition, and reply papers filed by the parties; this matter being considered pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion filed on this date, and for good cause shown;

**IT IS** on this 30th day of December, 2009,

**ORDERED** that Count VI of the First Amended Complaint pursuant to the pursuant to the Florida Unfair Deceptive Trade Practices Act is dismissed without prejudice; and it is further

**ORDERED** that Count V of the First Amended Complaint, i.e., negligent misrepresentation claim, is also dismissed without prejudice.

  /s/   Freda L. Wolfson
Freda L. Wolfson
United States District Judge