# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALL, DOROTHY AND THOMAS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. L.L.C., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC.,<br><br>                    Defendants. | Civil Action No.: 3:06-cv-5203 (FLW-TJB) |
| LABARRE, ELOISE, As Surviving Spouse and Administratrix of the Estate of EDWARD CLYDE LABARRE, Deceased,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, et al.,<br><br>                    Defendants. | Civil Action No.: 3:06-cv-6050 (FLW-TJB) |
| COOPER, DEMPSEY EUGENE,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, et al.,<br><br>                    Defendants. | Civil Action No.: 3:07-cv-885 (FLW-TJB) |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

WHEREAS, this matter having been opened to the Court by the Miller Firm, LLC, seeking an Order admitting *pro hac vice* Jeffrey A. Travers, attorney-at-law of the Commonwealth of Virginia, and the Court having considered the certifications of counsel in support of this request and the consent of Defendants' counsel affixed hereto; and upon good cause appearing;

IT IS on this __16th__ day of __August__ 2011, HEREBY STIPULATED, AGREED and ORDERED as follows:

1.     Jeffrey A. Travers is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Defendants.

2.     The aforementioned attorney is required to abide by the Rules governing this Court, including all disciplinary rules, *L. Civ. R.* 101.1 (c), and to notify the Court immediately of any matter affecting their standing at the bar of any other court.

3.     All pleadings, briefs and other papers filed in this Court shall be signed by an attorney-at-law of this Court employed by the Miller Firm LLC, who shall be responsible for them and for the conduct of the case and of the aforementioned attorneys.

4.     Counsel shall make a $204.00 payment to the New Jersey Lawyer's Fund for Client Protection as provided by Rule 1:28-2(a) of the New Jersey Court Rules, for this year and for any subsequent year in which they continue to represent a client in any matter pending in this Court.

5.     Counsel shall make a $150.00 payment to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

2

6.     Counsel shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Rule, Rule 1:21-7, as amended.

7.     A copy of this Order shall be served on all parties within seven (7) days of their receipt thereof.

_____

Honorable Tonianne J. Bongiovanni, U.S.M.J.

We hereby consent to the form and entry of the foregoing Order

By: /s/ Monica Kamison
Monica Kamison, Esq.
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, New Jersey 07068
Phone: 973-597-6192
Fax:  973-597-6193

By: /s/ Daniel Pariser
Daniel S. Pariser
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington DC  20004
Phone:  202-942-6216
Fax:  202-942-5999