# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Dorothy and Thomas Hall, | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiffs, | ) | **3:06-cv-05203 (FLW-TJB)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bristol-Myers Squibb Company, | ) | |
| Sanofi-Aventis U.S. L.L.C., | ) | |
| Sanofi-Aventis U.S., Inc. | ) | |
| Sanofi-Synthelabo, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Dorothy and Thomas Hall and Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. L.L.C., Sanofi-Aventis U.S., Inc., and Sanofi-Synthelabo, Inc. enter this Voluntary Stipulation of Dismissal with Prejudice, of this action with each party to bear its own costs and attorney fees.

Respectfully submitted this 29th day of August, 2011

**Counsel for Plaintiff**

/s/ Tayjes M. Shah_____
Tayjes M. Shah, Esq.
Michael J. Miller, Esq.
Nathan Cromley, Esq.
**The Miller Firm LLC**
108 Railroad Avenue,
Orange, VA 22960
(540) 672-4224

Nancy Hersh, Esq.
Mark Burton, Esq.
**Hersh and Hersh, PC**

601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102
(415) 441-5544


**Counsel for Defendants**


/s/ Daniel S. Pariser\_\_\_\_
Steven G. Reade, Esq.
Daniel S. Pariser, Esq.
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Monica N. Kamison, Esq.
LOWENSTEIN SANDLER
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

Anand Agneshwar, Esq.
**Arnold & Porter L.L.P.**
399 Park Avenue
New York, NY 10022
(212) 715-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Dated: August 29, 2011                    /s/ Tayjes M. Shah
                                          Tayjes M. Shah, Esq.
                                          **The Miller Firm LLC**
                                          108 Railroad Avenue,
                                          Orange, VA 22960
                                          (540) 672-4224