Michael J. Miller – VA, MD, DC, PA
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
David C. Andersen – DC, CA
David J. Dickens – VA
Jeffrey Travers – VA
Preston G. Williams – VA
Kate E. S. Hamilton – VA, DC
Tayjes Shah – PA, NJ
Nathan Cromley – DE, PA, NJ

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**
Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

March 16, 2012

Via Fax (609-989-0435)

Honorable Tonianne J. Bongiovanni, U.S.D.C.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
& U.S. Court House
402 East State Street
Trenton, New Jersy 08608

RECEIVED
MAR 16 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**RE:**
Hall v. Bristol-Myers Squibb; 3:06-cv-5203 (FLW-TJB) et. al.

Dear Magistrate Judge Bongiovanni,

Plaintiffs, by the Court's instructions, confirm that the parties are available and have been notified of a 12:30 PM EST conference on Monday, March 19, 2012. Please find the call in information below.

USA Toll-Free: (866) 277-4013
HOST CODE: 143302
PARTICIPANT CODE: 785079

Please note the parties will contact the Court when all parties are present.

Respectfully submitted,

s/Tayjes Shah
Tayjes M. Shah

Cc: via email:
Sharon Mattison
Anand Agneshwar Esq.
David Harris Esq,
Daniel Pariser Esq.

So Ordered this 16th day
of March 20 12
*[signature]*